An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NIKCI BOYD,
Petitioner,
vs.
DANIFELL PROVIDER OF THE
NAPHCARE CORPORATION, INC.,
Respondent.

No. 67658

**FILED**

JUN 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING PETITION

This petition was docketed in this court on March 26, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Marie K. Jordan

cc: Nikci Boyd

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-18083